## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

MILLIONAIRE MEDIA, LLC,

                Plaintiff,

     v.

JOHN DOE, subscriber assigned IP address
24.13.144.11,

                Defendant.

Civil Action No. 1:14-cv-08576
Judge Robert W. Gettleman

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## WITHOUT PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action without prejudice. John Doe was assigned the IP address 24.13.144.11. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: March__11__, 2015

Respectfully submitted,

By: ___/s/ *Mary K. Schulz*_____
Mary K. Schulz
Schulz Law, P.C.
1144 E. State Street, Suite A260
Geneva, IL 60134
Phone: 224-535-9510
Email: SchulzLaw@me.com
*Attorney for Plaintiff*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on March__11_, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: _/s/ *Mary K. Schulz*_____

Mary K. Schulz