✎ AO 121 (6/90)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☐ ACTION ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO. | DATE FILED | |

| PLAINTIFF | DEFENDANT |
|---|---|
| | |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes ☐ No | DATE RENDERED |
|---|---|---|

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
-
By: s/ ROSIO MENDEZ
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
-
March 24, 2015

## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Eastern Division

| | |
|---|---|
| Millionaire Media, LLC | |
| Plaintiff, | |
| v. | Case No.: 1:14–cv–08576 |
| | Honorable Robert W. Gettleman |
| John Doe, subscriber assigned IP address 24.13.144.11 | |
| Defendant. | |

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 23, 2015:

      MINUTE entry before the Honorable Robert W. Gettleman: This action is voluntarily dismissed pursuant to FRCP 41(a)(1)(A)(i), without prejudice. Civil case terminated. Mailed notice (gds)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.

Hash: 4F7FA6EDD6BB1E13B5AF478FBAE4DAAFAB968F51  Rights Owner: Millionaire Media, LLC

| IP | Hit date (UTC) | City | State | ISP |
|---|---|---|---|---|
| 24.13.144.11 | 08/24/2014 23:57:02 | Glencoe | IL | Comcast Cable |

NIL390

EXHIBIT A

Copyrights-In-Suit for IP Address 24.13.144.11

ISP: Comcast Cable
Location: Glencoe, IL

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| PennyStocking | PA0001874270 | 06/05/2008 | 11/06/2013 | 08/24/2014 |
| Pennystocking PartDeux | PA0001874313 | 11/11/2008 | 11/06/2013 | 08/24/2014 |
| ShortStocking | PA0001874315 | 07/20/2009 | 11/06/2013 | 08/24/2014 |
| TIMFUNDAMENTALS | PA0001874274 | 01/21/2010 | 11/06/2013 | 08/24/2014 |
| TIMfundamentals PART DEUX | PA0001874301 | 05/25/2010 | 11/06/2013 | 08/24/2014 |
| TIMRAW | PA0001874299 | 07/25/2010 | 11/06/2013 | 08/24/2014 |
| TIMTACTICS | PA0001874307 | 09/21/2010 | 11/06/2013 | 08/24/2014 |

Total Millionaire Media, LLC Copyrights Infringed: 7

EXHIBIT B

NIL390

